943 A.2d 261

**Ronald CLARK, Appellant,**

**v.**

**John McANANY, Mary Reese, Louis S. Folino, Sharon M. Burks, Kristen P. Reisinger, Jeffery A. Beard, Craig Haywood, John Doe ("C.S.I."), Lieutenant Tanner, Brenda Martin, and Robert Narchus, Appellees.**

Supreme Court of Pennsylvania.

March 19, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of March, 2008, the Order of the Commonwealth Court is AFFIRMED.